JOSIAH VAN PATTEN, *Respondent, v.* VILLAGE OF SARATOGA SPRINGS, *Appellant.*—Judgment affirmed, with costs. Opinion by BOARDMAN, J.

HENRY JACOBIE, *Appellant, v.* CASPER SWEET and ELIZA J., his wife, *Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

STEPHEN E. CALKINS and JANE A. CALKINS, *Respondents, v.* DANIEL VROOMAN, *Appellant.* — Judgment reversed; new trial granted; referee discharged; costs to abide event. Opinion by LEARNED, P. J.

MARYETTE HANSEE, *Appellant, v.* THOMAS BOTSFORD and others, *Respondents.* — Case stricken from calendar and judgment affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* —— PIERCE *v.* OATMAN COVELL and others. — Motion to dismiss appeal denied, with ten dollars costs.

HENRY C. ADAMS, *Appellant, v.* JACOB C. NELLIS, *Executor, etc., of* PETER G. FOX, *Respondent.*— Order of Special Term reversed, and order of continuance granted as per order filed with clerk. Mem. by BOOKES, J.

MARY A. FULLER, *Appellant, v.* CHARLES BOGART, *Respondent.* — Appeal dismissed, with ten dollars costs and printing disbursements.

IN THE MATTER OF THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY *v.* THE NEW YORK, LACKAWANA AND WESTERN RAILROAD COMPANY. — Order of commissioners affirmed, with costs. Mem. by LEARNED, P. J.

JOHN W. CASTELL *v.* WILLIAM W. WHISPEL. — Motion denied, with ten dollars costs.

SIMON STERN *v.* PAULINE A. SCUDDER. — Appeal dismissed, with ten dollars costs.

SYLVESTER RISLEY, *Respondent, v.* IRA ABBEY, *Appellant.*— Order affirmed, with ten dollars costs and printing disbursements.